RECEIVED
IN LAKE CHARLES, LA.

JUN 14 2010

TONY R. MOORE, CLERK
BY_____
             DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | |
|---|---|
| DP CONCRETE PRODUCTS, LLC | CIVIL ACTION NO.: 2:08-cv-571 |
| VERSUS | JUDGE MINALDI |
| AMERICAN SPRING WIRE CORP. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

After bifurcation of the issues of liability and damages, for oral reasons assigned, Judgment as a Matter of Law is rendered in favor of plaintiff on the issue of liability pursuant to Rule 50. Defendant's Rule 50 motion is denied.

In accordance with the jury's verdict and the court's Memorandum Ruling (Doc. 143), judgment is rendered in favor of plaintiff in the net amount of $1,458,639.60 plus legal interest according to La. R.S. 9:3500 from the date of judicial demand until judgment and thereafter according to 28 U.S.C. § 1961 until paid.

Lake Charles, Louisiana, this the ____ day of June, 2010.

PATRICIA MINALDI,
UNITED STATES DISTRICT JUDGE